IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VIOLETA BENITEZ STEVENSON PEREZ,

    Plaintiff,

v.                                                                          Civ. No. 19-492 JAP/LF

FERMIN BENITEZ PEREZ, and
MIGUEL LAMAS,

    Defendants.

## ORDER ADOPTING
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On October 7, 2019, United States Magistrate Judge Laura Fashing filed her Proposed Findings and Recommended Disposition (PFRD). (Doc. No. 11.) Judge Fashing notified the parties that they had 14 days from the service of the PFRD to file any objections to the PFRD. (*Id.* at 3.) The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Fashing's findings and recommendation.

**IT IS THEREFORE ORDERED THAT:**

1. the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. No. 11) are ADOPTED;

2. Plaintiff's complaint is dismissed without prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE